UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00308-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERNESTO ANGULO, and
2. MANUEL MEDINA-PEREZ,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, August 31, 2007,** and responses to these motions shall be filed by **Monday, September 10, 2007.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, September 20, 2007, at 1:30 p.m. in courtroom A-1002**. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, October 1, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: August 2, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge