**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.  07-cr-00308-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERNESTO ANGULO,
2.    MANUEL MEDINA-PEREZ,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose Grand Jury Material To Defendants (docket #35), filed pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F).  The Court, having reviewed the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted (docket #35), and that grand jury testimony and grand jury documents may be disclosed to defendants and their attorneys in the course of discovery in this case.  It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to defendants and their attorneys; that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated: October 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge